FILED
CLERK, U.S. DISTRICT COURT

DEC 1 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    Case No.: CR 14-80-JAK
                                )
                Plaintiff,      )
                                )
        vs.                     )    ORDER OF DETENTION AFTER HEARING
                                )    [18 U.S.C. §§ 3148(b), 3143(a)]
BRUCE RAY DUNN,                 )
                                )
                Defendant.      )
_____)

        The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the Central

District of California for alleged violation(s) of the terms and

conditions of his release pending sentencing; and

        The Court having conducted a detention hearing pursuant to 18

U.S.C. §§ 3148(b) and 3143(a),

        The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

        1.    There is clear and convincing evidence that defendant

    violated the terms of his release by failing to surrender for the

    service of a sentence imposed upon a ruling of a supervised

    release violation on October 30, 2014.

        2.    Based on the factors set forth in 18 U.S.C. § 3142(g),

1   there no longer is any condition or combination of conditions of

2   release that will assure that the defendant will not flee or pose

3   a danger to the community if allowed to remain on bail pending

4   his surrender for sentence imposed or future court proceedings.

5          3.    The Court has also taken into account the defendant's

6   extensive criminal history which includes failures to comply with

7   grants of supervision.

8   Further, the Court finds that the defendant's violation of the

9   conditions of his release constitutes a change in circumstances which

10  justifies reconsideration of the decision to allow him to remain on

11  bail pending his surrender for service of sentence.  That decision was

12  and is governed by 18 U.S.C. § 3143(a), and the Court now finds that,

13  under the current circumstances, clear and convincing evidence does

14  not exist to show that the defendant is not likely to flee or pose a

15  danger to the community if allowed to remain on bail pending his

16  surrender for service of sentence imposed.

17

18  IT THEREFORE IS ORDERED that the defendant's release is revoked,

19  and the defendant is remanded to the custody of the United States

20  Marshal.

21

22  Dated:    12-19-14

23

24  _____

25  ALKA SAGAR
    UNITES STATES MAGISTRATE JUDGE

26

27

28

2